| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Kevin Kunde**<br>**2090 N. Tustin Ave**<br>**Suite 240**<br>**Santa Ana, CA 92705**<br>**(714) 881-7300 Fax:  (714) 442-3688**<br>**269328 CA**<br>**kevin.k@1stcalaw.com** | FOR COURT USE ONLY |
|---|---|
| ☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>     **Frederick Pesqueda**<br><br><br>Debtor(s). | CASE NO.:<br><br>CHAPTER: 7<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing Required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** (Check only ONE box below):

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: ~~MAR 14 2024~~

**Frederick Pesqueda**
Printed name of Debtor 1

Signature of Debtor 1

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                          Page 1                          F 1002-1.EMP.INCOME.DEC

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RV / PS6 21720891 | 01/30 | 9729995 | 1 of 1 |

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

## Earnings Statement

**ADP**

Period Starting:    02/11/2024
Period Ending:      02/24/2024
Pay Date:           03/01/2024

Taxable Marital Status:      Single
Exemptions/Allowances:          Tax Override:
    Federal:    0               Federal:
    State:      0               State:
    Local:      0               Local:
Social Security Number:      XXX-XX-4916

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 50.09 | 1302.34 | 8244.60 |
| Overtime | 39.0000 | 1.15 | 44.85 | 178.23 |
| P T O | 26.0000 | 16.28 | 423.28 | 631.28 |
| Holiday | 26.0000 | 8.00 | 208.00 | 832.00 |
| **Gross Pay** | | | **$1,978.47** | **$9,886.11** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.80 | 1003.25 |
| Social Security | -122.67 | 612.94 |
| Medicare | -28.69 | 143.35 |
| California State Income | -58.71 | 293.13 |
| California State DI | -21.77 | 108.75 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| ADP RS employee Roth | -118.70 | 593.13 |

| **Net Pay** | **$1,427.13** |
|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 59.35 | 296.55 |
| P T O | | |
| - Carry Over | | 150.81 |
| - Accrued Hours | 6.15 | 181.56 |
| - Taken Hours | 16.28 | 24.28 |
| - Balance | | 157.28 |
| Total Hours Worked | 51.24 | 321.67 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1427.13 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,978.47
* Excluded from Federal taxable wages

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

**Pay Date:**        03/01/2024

THIS IS NOT A CHECK

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1427.13 |

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RV / PS6 21720891 | 01/30 | 9689002 | 1 of 1 |

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

## Earnings Statement

**ADP**

Period Starting:  01/28/2024
Period Ending:  02/10/2024
Pay Date:  02/16/2024

Taxable Marital Status:  Single
Exemptions/Allowances:  Tax Override:
Federal:  0  Federal:
State:  0  State:
Local:  0  Local:
Social Security Number:  XXX-XX-4916

**Frederick Pesqueda**
**2717 W Harvard Street**
**Santa Ana, CA 92704**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 73.38 | 1907.88 | 6942.26 |
| Overtime | 39.0000 | 1.78 | 69.42 | 133.38 |
| P T O | | | 0.00 | 208.00 |
| Holiday | | | 0.00 | 624.00 |
| **Gross Pay** | | | **$1,977.30** | **$7,907.64** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -200.66 | 802.45 |
| Social Security | -122.59 | 490.27 |
| Medicare | -28.67 | 114.66 |
| California State Income | -58.63 | 234.42 |
| California State DI | -21.75 | 86.98 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| ADP RS employee Roth | -118.63 | 474.43 |

| Net Pay | | |
|---|---|---|
| | $1,426.37 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 59.31 | 237.20 |
| P T O | | |
| - Carry Over | | 150.81 |
| - Accrued Hours | 6.15 | 175.41 |
| - Taken Hours | 0.00 | 8.00 |
| - Balance | | 167.41 |
| Total Hours Worked | 75.16 | 270.43 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1426.37 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,977.30
* Excluded from Federal taxable wages

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

**Pay Date:**          02/16/2024

Deposited to the account
Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1426.37 |

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704

| Company Code<br>RV / PS6 21720891 | Loc/Dept<br>01/30 | Number<br>9497972 | Page<br>1 of 1 |
|---|---|---|---|

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

# Earnings Statement

**ADP**

Period Starting:   11/19/2023
Period Ending:    12/02/2023
Pay Date:            12/08/2023

Taxable Marital Status:     Single
Exemptions/Allowances:        Tax Override:
  Federal:     0        Federal:
  State:       0        State:
  Local:       0        Local:
Social Security Number:     XXX-XX-4916

**Frederick Pesqueda**
**2717 W Harvard Street**
**Santa Ana, CA 92704**

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 56.52 | 1469.52 | 43709.56 |
| Overtime | 39.0000 | 0.42 | 16.38 | 5778.00 |
| P T O | | | 0.00 | 2598.48 |
| Holiday | 26.0000 | 16.00 | 416.00 | 1984.00 |
| Bonus | | | 0.00 | 575.00 |
| Double-time | | | 0.00 | 52.80 |
| **Gross Pay** | | | **$1,901.90** | **$54,697.84** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -195.54 | 6414.52 |
| Social Security | -117.92 | 3391.27 |
| Medicare | -27.58 | 793.12 |
| California State Income | -55.81 | 1906.17 |
| California State DI | -17.12 | 492.28 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| ADP RS employee Roth | -114.11 | 2358.94 |
| ADP RS 401(k) loan 1 | 0.00 | 1204.72 |
| **Net Pay** | **$1,373.82** | |

| Other Benefits and<br>Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 57.05 | 1179.40 |
| P T O | | |
|   - Carry Over | | 146.21 |
|   - Accrued Hours | 6.15 | 248.93 |
|   - Taken Hours | 0.00 | 104.27 |
|   - Balance | | 144.66 |
| Total Hours Worked | 56.94 | 1942.91 |

| Deposits<br>account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1373.82 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,901.90
* Excluded from Federal taxable wages

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

**Pay Date:**        12/08/2023

THIS IS NOT A CHECK

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX8583 | XXXXXXXXX | 1373.82 |

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| RV / PS6 21720891 | 01/30 | 9455745 | 1 of 1 |

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

**Earnings Statement**

**ADP**

Period Starting:  11/05/2023
Period Ending:   11/18/2023
Pay Date:     11/24/2023

Taxable Marital Status:     Single
Exemptions/Allowances:       Tax Override:
  Federal:   0        Federal:
  State:    0        State:
  Local:    0        Local:
Social Security Number:     XXX-XX-4916

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 26.0000 | 62.18 | 1616.68 | 42240.04 |
| Overtime | 39.0000 | 2.10 | 81.90 | 5761.62 |
| P T O | | | 0.00 | 2598.48 |
| Holiday | 26.0000 | 8.00 | 208.00 | 1568.00 |
| Bonus | | | 0.00 | 575.00 |
| Double-time | | | 0.00 | 52.80 |
| **Gross Pay** | | | **$1,906.58** | **$52,795.94** |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| *ADP RS employer match | 28.59 | 1122.35 |
| P T O | | |
| - Carry Over | | 146.21 |
| - Accrued Hours | 6.15 | 242.78 |
| - Taken Hours | 0.00 | 104.27 |
| - Balance | | 138.51 |
| Total Hours Worked | 64.28 | 1885.97 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -196.10 | 6218.98 |
| Social Security | -118.21 | 3273.35 |
| Medicare | -27.64 | 765.54 |
| California State Income | -56.12 | 1850.36 |
| California State DI | -17.16 | 475.16 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| ADP RS employee Roth | -57.19 | 2244.83 |
| ADP RS 401(k) loan 1 | 0.00 | 1204.72 |
| **Net Pay** | **$1,434.16** | |

**Deposits**

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1434.16 |

**Important Notes**

Basis of pay: Hourly

Your federal taxable wages this period are  $1,906.58
* Excluded from Federal taxable wages

RJE INTERNATIONAL INC
15375 BARRANCA PKWY I112
IRVINE, CA 92618

Pay Date:        11/24/2023

Deposited to the account

Checking DirectDeposit

THIS IS NOT A CHECK

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX8583 | XXXXXXXXX | 1434.16 |

Frederick Pesqueda
2717 W Harvard Street
Santa Ana, CA 92704