Certificate Number: 17572-CAC-DE-038306535

Bankruptcy Case Number: 24-10627



17572-CAC-DE-038306535

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 22, 2024</u>, at <u>11:24</u> o'clock <u>AM PDT</u>, <u>Frederick Pesqueda</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:  <u>March 22, 2024</u>            By:     <u>/s/Leigh-Anna M Thompson</u>

Name:   <u>Leigh-Anna M Thompson</u>

Title:   <u>Counselor</u>